**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**United States of America,**

                       **Plaintiff,**
    v.                                                                                    5:21-CV-0204

**$50,480 in United States Currency,**

                       **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## ORDER

On February 22, 2021, the United States filed a Verified Complaint for Forfeiture *in Rem*. Dkt. 1. Pursuant to Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, public notice of this action was published on an official government forfeiture site (www.forfeiture.gov) for 30 consecutive days, beginning on March 2, 2021. Dkt. 7. In accordance with General Order #15(I)(C), the Government represents that all known potential claimants have been served, *see* Stack Aff. ¶ 5; neither a verified claim nor an answer have been filed in the action and the time to file a claim and answer has expired, *id.* at ¶ 3; and no potential claimant is known to be an infant, incompetent, or presently engaged in military service, *id.* ¶ 2. On May 6, 2021, the Clerk of the Court entered a Certificate of Default. Dkt. 9. On May 6, 2021, the United States moved for a Default Judgment and a Final Order of Forfeiture in this case. *See* Dkt. 10 (Motion); 11 (Certificate of Service). No opposition to the motion has been filed.

Upon consideration of the United States' Motion for a Default Judgment and a Final

Order of Forfeiture pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby

**ORDERED** that the Motion, Dkt. 10, is **GRANTED**, and it is further

**ORDERED** that Judgment of Default be entered against the defendant property, and it is further

**ORDERED** that the defendant property is hereby forfeited to the United States, and it is further

**ORDERED** that any claims to the defendant property are hereby forever barred.

**IT IS SO ORDERED.**

Dated: September 13, 2021

*[signature]*
Thomas J. McAvoy
Senior, U.S. District Judge